**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ROSE A. TYSON

Case No. 19-23959CMB

        Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

        Movant
vs.
GATEWAY SD (MONROEVILLE) (RE)

Document No __

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

GATEWAY SD (MONROEVILLE) (RE)
C/O TAX COLLECTOR - CURR YR
2700 MONROEVILLE BLVD
MONROEVILLE, PA 15146

Court claim# /Trustee CID# 8

The Movant further certifies that on 12/14/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ROSE A. TYSON, 1329 CAVITT ROAD, MONROEVILLE, PA  15146

DEBTOR'S COUNSEL:
MICHAEL C EISEN ESQ, M EISEN AND ASSOCIATES PC, 404 MCKNIGHT PARK DR, PITTSBURGH, PA  15237

ORIGINAL CREDITOR:
GATEWAY SD (MONROEVILLE) (RE), C/O TAX COLLECTOR - CURR YR, 2700 MONROEVILLE BLVD, MONROEVILLE, PA  15146

NEW CREDITOR: