## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROSE A. TYSON

Case No. 19-23959CMB

               Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

              Movant

         vs.

Document No __

COMMUNITY LOAN SERVICING
LLC
          Respondents

## NOTICE OF FUNDS ON RESERVE

    The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 9618.

    Regular mortgage payments are currently being directed to the following creditor at the following address:

COMMUNITY LOAN SERVICING LLC
ATTN CASHIERING DEPT
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES,FL 33146

Movant has been requested to send payments to:
FAY SERVICING INC
PO BOX 88009
CHICAGO IL 60680-1009

9618

    The Chapter 13 Trustee's CID Records of COMMUNITY LOAN SERVICING LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

    The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 5/19/2022.

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:      Debtor
           Original creditor
           Putative creditor
           Debtor's Counsel

DEBTOR(S):
ROSE A. TYSON, 1329 CAVITT ROAD,
MONROEVILLE, PA  15146

DEBTOR'S COUNSEL:
MICHAEL C EISEN ESQ, M EISEN AND
ASSOCIATES PC, 404 MCKNIGHT PARK
DR, PITTSBURGH, PA  15237

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST
STE 5000, PHILADELPHIA, PA  19106

:
FAY SERVICING LLC**, ATTN
BANKRUPTCY NOTICING, PO BOX
814609, DALLAS, TX  75381-4609

ORIGINAL CREDITOR:
COMMUNITY LOAN SERVICING LLC,
ATTN CASHIERING DEPT, 4425 PONCE
DE LEON BLVD 5TH FL, CORAL GABLES,
FL  33146

NEW CREDITOR:
FAY SERVICING INC
PO BOX 88009
CHICAGO IL 60680-1009