**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/11/2022

IN RE:

| | |
|---|---|
| ROSE A. TYSON<br>1329 CAVITT ROAD<br>MONROEVILLE, PA  15146<br>XXX-XX-7415         Debtor(s) | Case No.19-23959 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/11/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6385 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br><br>SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WEISS BURKARDT KRAMER LLC**<br>445 FORT PITT BLVD STE 503<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: GATEWAY SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GREENWICH REVOLVING TRUST BY WILMINGT**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br><br>DALLAS, TX 75381-4609 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 0.00<br>COMMENT: CL14GOV W PMT CHNGS*803/PL*PMT/DECL* DKT4PMT-LMT*BGN 10/19*FR BAYVIE | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7503 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA 15102 | Trustee Claim Number: 7   INT %: 12.00%<br>Court Claim Number:<br><br>CLAIM: 816.57<br>COMMENT: $@%/PL*18,19/SCH-PL*PIF/CRED~NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S361 |
| **GATEWAY SD (MONROEVILLE) (RE)**<br>C/O WEISS BURKARDT KRAMER LLC - DLNQ CLC<br>445 FORT PITT BLVD STE 503<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 8   INT %: 10.00%<br>Court Claim Number:<br><br>CLAIM: 10,324.29<br>COMMENT: 10324.29@10%/PL@CURR YR*17-19/PL*PIF/CRED~NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S361 |
| **GATEWAY SD (MONROEVILLE) (RE)**<br>C/O WEISS BURKARDT KRAMER LLC - DLNQ CLC<br>445 FORT PITT BLVD STE 503<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 18/SCH*PD @ CID 8 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S361 |
| **GATEWAY SD (MONROEVILLE) (RE)**<br>C/O WEISS BURKARDT KRAMER LLC - DLNQ CLC<br>445 FORT PITT BLVD STE 503<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 15,17/SCH*PD @ 8 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S361 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number: 11  INT %: 3.50%<br>Court Claim Number: 3<br>CLAIM: 8,940.00<br>COMMENT: CL3GOV*$/CL-PL@6%/PL*W/36 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5854 |
| **TURTLE CREEK VALLEY COUNCIL OF GOVERN**<br>PO BOX 778<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number: 12  INT %: 10.00%<br>Court Claim Number:<br>CLAIM: 120.00<br>COMMENT: $@%/PL*19~MONROEVILLE MNPLTY/SCH-PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9900 |
| **MUNICIPALITY OF MONROEVILLE (RE)**<br>C/O TAX COLLECTOR - CURR YR<br>2700 MONROEVILLE BLVD<br>MONROEVILLE, PA  15146 | Trustee Claim Number: 13  INT %: 10.00%<br>Court Claim Number:<br>CLAIM: 366.96<br>COMMENT: $@%/PL*19/SCH-PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S361 |
| **GATEWAY SD & MUNIC OF MONROEVILLE (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PD @ 37, 38 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0374 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 12-2<br>CLAIM: 6,424.90<br>COMMENT: BARCLAYS BANK/FRONTIER*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4612 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 8,419.04<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2838 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,059.07<br>COMMENT: KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2182 |
| **LINDA GAISER**<br>1680 BRIGHTON RD<br><br>ELLWOOD CITY, PA  16117 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 324.36<br>COMMENT: LOWE'S/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6385 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 269.30<br>COMMENT: MACY'S/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2756 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MEDICARE PREMIUM COLLCTN CTR++**<br>POB 371384M<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: GD51 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SYNC BANK~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2829 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6304 |
| **PA TURNPIKE COMMISSION**<br>TOLLS/E-Z PASS VIOLATIONS OFFC<br>POB 67676<br>HARRISBURG, PA 17107-7676 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2349 |
| **STATE OF MARYLAND CENTRAL COLLECTION U**<br>300 W PRESTON ST RM 500<br>BALTIMORE, MD 21201 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TOLLS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0963 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 215.66<br>COMMENT: OLD NAVY/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6480 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 3,073.04<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0140 |
| **US DEPARTMENT OF TREASURY**<br>POB 830794<br>BIRMINGHAM, AL 35283 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OVERPAYMENT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1765 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 484.02<br>COMMENT: CHARGE OFF: 7/5/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 438.51<br>COMMENT: WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6066 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br><br>ST CHARLES, MO  63301-4047 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GENPACT SERVICES LLC**<br>PO BOX 960013<br><br>ORLANDO, FL  32896 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LTD FINANCIAL SVCS++**<br>AKA  LTD ACQUISITIONS LLC<br>7322 SOUTHWEST FREEWAY #1600<br><br>HOUSTON, TX  77074 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PHILLIPS & COHEN ASSOCIATES, LTD.**<br>1002 JUSTISON STREET<br><br>WILMINGTON, DE  19801 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PIONEER CREDIT RECOVERY**<br>POB 189<br><br>ARCADE, NY  14009 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN**<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  2,671.43<br>COMMENT:  CL3GOV*NO GEN UNS/SCH*W/11 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5854 |
| **MUNICIPALITY OF MONROEVILLE (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  5,649.56<br>COMMENT:  7415;10-12,14,15*CL6GOV*NT PROV/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  7415 |
| **GATEWAY SD (MONROEVILLE) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  2,940.17<br>COMMENT:  7415;10-12,14,15*CL5GOV*NT PROV/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  7415 |
| **GREENWICH REVOLVING TRUST BY WILMINGT**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX  75381-4609 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  2,011.33<br>COMMENT:  CL14GOV*1400/PL*THRU 9/19*FR BAYVIEW-DOC 40*FR COMMUNITY LOAN-DOC 53 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  7503 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  617.47<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4285 |

| CLAIM RECORDS | | |
|---|---|---|
| **GRB LAW**** <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:41  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP** <br> C/O PMB SSS ACQUISITION <br> PO BOX 8990 <br><br> TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:42  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  BAYVIEW LN/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:43  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  BAYVIEW LN/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |