2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-23959-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Rose A. Tyson
1329 Cavitt Road
Monroeville PA 15146

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/12/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: Greenwich Revolving Trust, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 | U.S. Bank Trust Company, et al<br>Fay Servicing, LLC<br>Bankruptcy Department<br>PO Box 814609<br>Dallas, TX 75381-4609 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/14/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23959-CMB |
| Rose A. Tyson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 12, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15486623 | Greenwich Revolving Trust, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, et.al. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing  LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael C. Eisen | on behalf of Debtor Rose A. Tyson attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 | User: auto | Page 2 of 2
--- | --- | ---
Date Rcvd: Jan 12, 2024 | Form ID: trc | Total Noticed: 1

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song

    on behalf of Creditor Bayview Loan Servicing  LLC, et.al. pawb@fedphe.com

Victor Samuel Kustra

    on behalf of Creditor Gateway School District c/o Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

TOTAL: 11