**PROCEEDING MEMO**

**Date: 11/19/2024 01:30 pm**

In re:   Rose A. Tyson

                                                         **Bankruptcy No. 19-23959-CMB**
                                                         Chapter: 13
                                                         Doc. # 77

**Appearances:**  Ronda Winnecour, Trustee
                    Michael Eisen, Esq.

**Nature of Proceeding:** # 77 Trustee's Motion to Dismiss Case

**Additional Pleadings:** #81 Response by Debtor

- Motion is Continued to December 17, 2024 at 1:30 pm.


                                                   **Carlota Böhm**
                                                   **U.S. Bankruptcy Judge**

                                                   FILED
                                                   11/20/24 11:09 am
                                                   CLERK
                                                   U.S. BANKRUPTCY
                                                   COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23959-CMB |
| Rose A. Tyson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rose A. Tyson, 1329 Cavitt Road, Monroeville, PA 15146-3716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, et.al. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael C. Eisen | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Rose A. Tyson attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing LLC, et.al. pawb@fedphe.com

Victor Samuel Kustra
    on behalf of Creditor Gateway School District c/o Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

TOTAL: 11