**Date: 12/17/2024 01:30 pm**

**In re:**   **Rose A. Tyson**

**Bankruptcy No. 19-23959-CMB**
**Chapter: 13**
**Doc. # 77**

**Appearances:  Ronda J. Winnecour, Trustee**
**Michael Eisen, Esq.**

**Nature of Proceeding:  # 77 Continued Motion to Dismiss Case**

**Additional Pleadings: #81 Debtor's Response**
**#82 Proceeding Memo dated 11/19/2024**

**- Matter is Continued to January 29, 2025 at 1:30 p.m.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
12/18/24 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23959-CMB |
| Rose A. Tyson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

**Recip ID       Recipient Name and Address**
db          + Rose A. Tyson, 1329 Cavitt Road, Monroeville, PA 15146-3716

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

**Name                    Email Address**

Denise Carlon
             on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com

Denise Carlon
             on behalf of Creditor Bayview Loan Servicing  LLC, et.al. dcarlon@kmllawgroup.com

Denise Carlon
             on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
             on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
             btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
             on behalf of Creditor Bayview Loan Servicing  LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael C. Eisen

on behalf of Debtor Rose A. Tyson attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing  LLC, et.al. pawb@fedphe.com

Victor Samuel Kustra
    on behalf of Creditor Gateway School District c/o Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

TOTAL: 11