IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-23959-CMB |
| Rose A. Tyson | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | Related to:  Document No. 77 |
| Movant(s) | ) | |
| vs. | ) | |
| Rose A. Tyson | ) | |
| | ) | |
| Respondent(s) | ) | |

<u>WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS</u>

The Motion to Dismiss that was filed in the above-referenced case on October 24, 2024 (document #77) is hereby WITHDRAWN.  The hearing scheduled for January 29, 2025 is cancelled.

Respectfully submitted,

<u>1/13/2025</u>

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED.

Dated:  January 14, 2025

Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
1/14/25 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23959-CMB |
| Rose A. Tyson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose A. Tyson, 1329 Cavitt Road, Monroeville, PA 15146-3716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 16, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, et.al. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing  LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael C. Eisen | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Debtor Rose A. Tyson attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing LLC, et.al. pawb@fedphe.com

Victor Samuel Kustra
    on behalf of Creditor Gateway School District c/o Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

TOTAL: 11