**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROSE A. TYSON<br><br>   Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>   Movant<br>   vs.<br>No Respondents. | Case No.:19-23959<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

 1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
 2. Approve the Trustee's Report of Receipts and Disbursements,
 3. Terminate wage attachments,
 4. Revest property of the estate in the debtor(s), and
 5. Enter a final decree and close this case.

March 26, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/09/2019 and confirmed on 12/18/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,190.00 |
| Less Refunds to Debtor | 37.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 111,152.24 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 5,564.58 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,064.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST CO NA - INDENTURE TRU | 0.00 | 69,235.68 | 0.00 | 69,235.68 |
|     Acct: 7503 | | | | |
|   US BANK TRUST CO NA - INDENTURE TRU | 2,011.33 | 2,011.33 | 0.00 | 2,011.33 |
|     Acct: 7503 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S361 | | | | |
|   GATEWAY SD (MONROEVILLE) (RE) | 0.00 | 0.00 | 774.63 | 774.63 |
|     Acct: S361 | | | | |
|   GATEWAY SD (MONROEVILLE) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S361 | | | | |
|   GATEWAY SD (MONROEVILLE) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S361 | | | | |
|   TURTLE CREEK VALLEY COUNCIL OF GOT | 25.98 | 25.98 | 30.72 | 56.70 |
|     Acct: 9900 | | | | |
|   MUNICIPALITY OF MONROEVILLE (RE) | 79.93 | 79.93 | 93.47 | 173.40 |
|     Acct: S361 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 8,940.00 | 8,940.00 | 476.50 | 9,416.50 |
|     Acct: 5854 | | | | |
| | | | | 81,668.24 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROSE A. TYSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROSE A. TYSON | 37.76 | 37.76 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GATEWAY SD & MUNIC OF MONROEVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0374 | | | | |
|   MUNICIPALITY OF MONROEVILLE (EIT) | 5,649.56 | 5,649.56 | 0.00 | 5,649.56 |
|     Acct: 7415 | | | | |
|   GATEWAY SD (MONROEVILLE) (EIT) | 2,940.17 | 2,940.17 | 0.00 | 2,940.17 |
|     Acct: 7415 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 8,589.73 |
| Unsecured | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 6,424.90 | 3,167.28 | 0.00 | 3,167.28 |
| | Acct: 4612 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 8,419.04 | 4,150.33 | 0.00 | 4,150.33 |
| | Acct: 2838 | | | | |
| | CAPITAL ONE NA** | 1,059.07 | 522.09 | 0.00 | 522.09 |
| | Acct: 2182 | | | | |
| | LINDA GAISER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 324.36 | 159.90 | 0.00 | 159.90 |
| | Acct: 6385 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 269.30 | 132.76 | 0.00 | 132.76 |
| | Acct: 2756 | | | | |
| | MEDICARE PREMIUM COLLCTN CTR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: GD51 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2829 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6304 | | | | |
| | PA TURNPIKE COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2349 | | | | |
| | STATE OF MARYLAND CENTRAL COLLEC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0963 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 215.66 | 106.31 | 0.00 | 106.31 |
| | Acct: 6480 | | | | |
| | TD BANK USA NA** | 3,073.04 | 1,514.92 | 0.00 | 1,514.92 |
| | Acct: 0140 | | | | |
| | US DEPARTMENT OF TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1765 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 484.02 | 238.61 | 0.00 | 238.61 |
| | Acct: 0001 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 438.51 | 216.17 | 0.00 | 216.17 |
| | Acct: 6066 | | | | |
| | AMERICREDIT FINANCIAL SVCS INC DBA | 2,671.43 | 1,316.93 | 0.00 | 1,316.93 |
| | Acct: 5854 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 617.47 | 304.39 | 0.00 | 304.39 |
| | Acct: 4285 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6385 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WEISS BURKARDT KRAMER LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GENPACT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LTD FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

19-23959 Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    PHILLIPS & COHEN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    PIONEER CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 11,829.69 |
| **TOTAL PAID TO CREDITORS** | | | | 102,087.66 |

TOTAL CLAIMED
PRIORITY         8,589.73
SECURED         11,057.24
UNSECURED      23,996.80

Date: 03/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROSE A. TYSON

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-23959

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rose A. Tyson  
    Debtor

Case No. 19-23959-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Mar 27, 2025     Form ID: pdf900     Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose A. Tyson, 1329 Cavitt Road, Monroeville, PA 15146-3716 |
| 15137048 | + | County of Allegheny, c/o John K. Weinstein, Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 15137049 | + | Gateway School District, Patrick J. Fulkerson, Tax Collector, 2700 Monroeville Blvd, Monroeville, PA 15146-2359 |
| 15137050 | + | Gateway School District, c/o Weiss, Burkardt, Kramer, LLC, 445 Fort Pitt Blvd, Ste 503, Pittsburgh, PA 15219-1308 |
| 15486623 | | Greenwich Revolving Trust, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15137054 | + | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15152554 | + | Linda Gaiser, 1680 Brighton Road, Ellwood City, PA 16117-3446 |
| 15137056 | + | Ltd Financial Services, 3200 Wilcrest, Ste 600, Houston, TX 77042-6000 |
| 15137059 | + | Municipality of Monroeville, Turtle Creek Valley COG, PO Box 778, Monroeville, PA 15146-0778 |
| 15137060 | + | Phllips & Cohen Associates, Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15152557 | + | Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15137064 | + | State of Maryland, Central Collection Unit, Fifth Floor Certifications, 300 West Preston Street, Baltimore, MD 21201-2307 |
| 15137065 | + | State of Maryland, Central Collection Unit, PO Box 17277, Baltimore, MD 21297-0386 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2025 00:13:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Mar 28 2025 00:13:00 | Bayview Loan Servicing, LLC, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:17:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2025 00:12:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15142297 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2025 00:13:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15137045 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2025 00:13:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15137046 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 28 2025 00:12:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Miami, FL 33146-1837 |
| 15172922 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 28 2025 00:12:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15155719 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:15:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15137047 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 19-23959-CMB   Doc 96   Filed 03/29/25   Entered 03/30/25 00:28:17   Desc Imaged
                              Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Mar 28 2025 00:15:54 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15160490 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2025 00:28:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15152553 | + | Email/Text: mediamanagers@clientservices.com | Mar 28 2025 00:12:00 | Client Services Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15301450 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:13:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15137068 | | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | Mar 28 2025 00:13:00 | U.S. Department of the Treasury, PO Box 830794, Birmingham, AL 35283 |
| 15137057 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2025 00:16:09 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15171423 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2025 00:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15170801 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2025 00:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15137052 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2025 00:13:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 15163002 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 28 2025 00:13:00 | Gateway School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15137051 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:16:26 | Genpact Services LLC, PO Box 530914, Atlanta, GA 30353-0914 |
| 15168326 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2025 00:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15137053 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 28 2025 00:13:00 | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 15137055 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:15:51 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15152555 | | Email/Text: MONTAX@MONROEVILLE.PA.US | Mar 28 2025 00:12:00 | Municipality of Monroeville, c/o Patrick J. Fulkerson, Tax Collector, 2700 Monroeville Blvd, Monroeville, PA 15146 |
| 15137058 | ^ | MEBN | Mar 28 2025 00:08:50 | Medicare Premium Collection Center, PO Box 790355, Saint Louis, MO 63179-0355 |
| 15163004 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 28 2025 00:13:00 | Municipality of Monroeville, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15152556 | + | Email/Text: litigation_team@navient.com | Mar 28 2025 00:13:00 | Pioneer Credit Recovery, 26 Edward Street, Arcade, NY 14009 |
| 15137062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:27:35 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15137061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:16:03 | Portfolio Recovery Associates, LLC, Attn: Robert N. Polas, Jr., Esq., 120 Corporate Blvd, Norfolk, VA 23502 |
| 15171936 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:15:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15137063 | + | Email/Text: courts@scott-pc.com | Mar 28 2025 00:14:00 | Scott & Associates PC, 1120 Metrocrest Drive, Ste 100, Carrollton, TX 75006-5862 |
| 15137066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:28:12 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15137613 | ^ | MEBN | Mar 28 2025 00:09:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15172913 | + | Email/Text: bncmail@w-legal.com | Mar 28 2025 00:14:00 | 23541-1021<br>TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15137067 | + | Email/Text: bncmail@w-legal.com | Mar 28 2025 00:13:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15675040 | ^ | MEBN | Mar 28 2025 00:08:38 | U.S. Bank Trust Company, et al, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15166398 | | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2025 00:16:32 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15137069 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 28 2025 00:12:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 15137070 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:16:26 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, et.al. |
| cr | | Community Loan Servicing, LLC |
| cr | | Gateway School District c/o Weiss Burkardt Kramer,, 445 Fort Pitt Blvd., Suite 503, Pittsburgh |
| cr | | Greenwich Revolving Trust |
| cr | | Greenwich Revolving Trust by Wilmington Savings Fu |
| cr | | U.S. Bank Trust Company, National Association, not |
| cr | | U.S. Bank Trust Company, National Association, not |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 7 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 52 |

Denise Carlon
    on behalf of Creditor Bayview Loan Servicing LLC, et.al. dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Bayview Loan Servicing LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael C. Eisen
    on behalf of Debtor Rose A. Tyson attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing LLC, et.al. pawb@fedphe.com

Victor Samuel Kustra
    on behalf of Creditor Gateway School District c/o Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

TOTAL: 11