| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Rose A. Tyson**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7415<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–23959–CMB | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Rose A. Tyson
> aka Rose Lucas

<u>5/14/25</u>                                                    **By the court:** <u>Carlota M Bohm</u>
                                                                                United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23959-CMB
Rose A. Tyson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: May 14, 2025      Form ID: 3180W      Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose A. Tyson, 1329 Cavitt Road, Monroeville, PA 15146-3716 |
| cr | | Wilmington Savings Fund Society, FSB, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15137048 | + | County of Allegheny, c/o John K. Weinstein, Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 15137049 | + | Gateway School District, Patrick J. Fulkerson, Tax Collector, 2700 Monroeville Blvd, Monroeville, PA 15146-2359 |
| 15137050 | + | Gateway School District, c/o Weiss, Burkardt, Kramer, LLC, 445 Fort Pitt Blvd, Ste 503, Pittsburgh, PA 15219-1308 |
| 15486623 | | Greenwich Revolving Trust, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15152554 | + | Linda Gaiser, 1680 Brighton Road, Ellwood City, PA 16117-3446 |
| 15137056 | + | Ltd Financial Services, 3200 Wilcrest, Ste 600, Houston, TX 77042-6000 |
| 15137059 | + | Municipality of Monroeville, Turtle Creek Valley COG, PO Box 778, Monroeville, PA 15146-0778 |
| 15137060 | + | Phllips & Cohen Associates, Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15152557 | + | Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15137064 | + | State of Maryland, Central Collection Unit, Fifth Floor Certifications, 300 West Preston Street, Baltimore, MD 21201-2307 |
| 15137065 | + | State of Maryland, Central Collection Unit, PO Box 17277, Baltimore, MD 21297-0386 |
| 16524606 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 15 2025 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 15 2025 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | May 15 2025 04:05:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | May 15 2025 00:07:00 | Bayview Loan Servicing, LLC, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | EDI: PRA.COM | May 15 2025 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 15 2025 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/Text: bncmail@w-legal.com | May 15 2025 00:08:00 | TD Bank USA, N.A., c/o Weinstein & Riley, 1415 Western Avenue, Suite 700, Seattle, WA 98101 |
| 15142297 | | EDI: PHINAMERI.COM | May 15 2025 04:05:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15137045 | + | EDI: TSYS2 | May 15 2025 04:05:00 | Barclays Bank Delaware, P.o. Box 8803, |

Case 19-23959-CMB    Doc 105    Filed 05/16/25    Entered 05/17/25 00:32:01    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: 3180W | Total Noticed: 57 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Wilmington, DE 19899-8803 |
| 15137046 | + | EDI: LCIBAYLN | May 15 2025 04:05:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Miami, FL 33146-1837 |
| 15172922 | + | EDI: LCIBAYLN | May 15 2025 04:05:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15155719 | | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15137047 | + | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15160490 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 00:18:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15152553 | + | Email/Text: mediamanagers@clientservices.com | May 15 2025 00:07:00 | Client Services Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15301450 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 00:07:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15137068 | | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | May 15 2025 00:07:00 | U.S. Department of the Treasury, PO Box 830794, Birmingham, AL 35283 |
| 15137057 | | EDI: CITICORP | May 15 2025 04:05:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15171423 | | EDI: Q3G.COM | May 15 2025 04:05:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15170801 | + | Email/Text: kburkley@bernsteinlaw.com | May 15 2025 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15137052 | + | EDI: PHINAMERI.COM | May 15 2025 04:05:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 15163002 | + | Email/Text: Bankruptcy@keystonecollects.com | May 15 2025 00:08:00 | Gateway School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15137051 | + | EDI: SYNC | May 15 2025 04:05:00 | Genpact Services LLC, PO Box 530914, Atlanta, GA 30353-0914 |
| 15168326 | | EDI: JEFFERSONCAP.COM | May 15 2025 04:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15137053 | + | Email/Text: Bankruptcy@keystonecollects.com | May 15 2025 00:08:00 | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 15137054 | + | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15137055 | + | EDI: SYNC | May 15 2025 04:05:00 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15152555 | | Email/Text: MONTAX@MONROEVILLE.PA.US | May 15 2025 00:07:00 | Municipality of Monroeville, c/o Patrick J. Fulkerson, Tax Collector, 2700 Monroeville Blvd, Monroeville, PA 15146 |
| 15137058 | ^ | MEBN | May 15 2025 00:06:30 | Medicare Premium Collection Center, PO Box 790355, Saint Louis, MO 63179-0355 |
| 15163004 | + | Email/Text: Bankruptcy@keystonecollects.com | May 15 2025 00:08:00 | Municipality of Monroeville, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15152556 | + | Email/Text: litigation_team@navient.com | May 15 2025 00:08:00 | Pioneer Credit Recovery, 26 Edward Street, Arcade, NY 14009 |
| 15137062 | | EDI: PRA.COM | May 15 2025 04:05:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: 3180W | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15137061 | | EDI: PRA.COM | May 15 2025 04:05:00 | Portfolio Recovery Associates, LLC, Attn: Robert N. Polas, Jr., Esq., 120 Corporate Blvd, Norfolk, VA 23502 |
| 15171936 | | EDI: PRA.COM | May 15 2025 04:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15137063 | + | Email/Text: courts@scott-pc.com | May 15 2025 00:09:00 | Scott & Associates PC, 1120 Metrocrest Drive, Ste 100, Carrollton, TX 75006-5862 |
| 15137066 | + | EDI: SYNC | May 15 2025 04:05:00 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15137613 | ^ | MEBN | May 15 2025 00:06:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15172913 | + | Email/Text: bncmail@w-legal.com | May 15 2025 00:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15137067 | + | EDI: WTRRNBANK.COM | May 15 2025 04:05:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15675040 | ^ | MEBN | May 15 2025 00:06:39 | U.S. Bank Trust Company, et al, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15166398 | | EDI: AIS.COM | May 15 2025 04:05:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15137069 | + | EDI: VERIZONCOMB.COM | May 15 2025 03:59:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 15137070 | + | EDI: SYNC | May 15 2025 04:05:00 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, et.al. |
| cr | | Community Loan Servicing, LLC |
| cr | | Gateway School District c/o Weiss Burkardt Kramer,, 445 Fort Pitt Blvd., Suite 503, Pittsburgh |
| cr | | Greenwich Revolving Trust |
| cr | | Greenwich Revolving Trust by Wilmington Savings Fu |
| cr | | U.S. Bank Trust Company, National Association, not |
| cr | | U.S. Bank Trust Company, National Association, not |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 7 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025          Signature:          /s/Gustava Winters

Case 19-23959-CMB    Doc 105    Filed 05/16/25    Entered 05/17/25 00:32:01    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: May 14, 2025 | Form ID: 3180W | Total Noticed: 57 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, et.al. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael C. Eisen | on behalf of Debtor Rose A. Tyson attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing LLC, et.al. pawb@fedphe.com |
| Victor Samuel Kustra | on behalf of Creditor Gateway School District c/o Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |

TOTAL: 11