IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   ROSE A. TYSON

        Debtor(s)

   Ronda J. Winnecour
        Movant
       vs.
   No Repondents.

Case No.:19-23959

Chapter 13

Related to:  Document No. 92

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __14th__ day of __May__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
5/14/25 8:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*   glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rose A. Tyson  
    Debtor

Case No. 19-23959-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 14, 2025      Form ID: pdf900      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose A. Tyson, 1329 Cavitt Road, Monroeville, PA 15146-3716 |
| cr | | Wilmington Savings Fund Society, FSB, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15137048 | + | County of Allegheny, c/o John K. Weinstein, Treasurer, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 15137049 | + | Gateway School District, Patrick J. Fulkerson, Tax Collector, 2700 Monroeville Blvd, Monroeville, PA 15146-2359 |
| 15137050 | + | Gateway School District, c/o Weiss, Burkardt, Kramer, LLC, 445 Fort Pitt Blvd, Ste 503, Pittsburgh, PA 15219-1308 |
| 15486623 | | Greenwich Revolving Trust, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15152554 | + | Linda Gaiser, 1680 Brighton Road, Ellwood City, PA 16117-3446 |
| 15137056 | + | Ltd Financial Services, 3200 Wilcrest, Ste 600, Houston, TX 77042-6000 |
| 15137059 | + | Municipality of Monroeville, Turtle Creek Valley COG, PO Box 778, Monroeville, PA 15146-0778 |
| 15137060 | + | Phllips & Cohen Associates, Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15152557 | + | Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15137064 | + | State of Maryland, Central Collection Unit, Fifth Floor Certifications, 300 West Preston Street, Baltimore, MD 21201-2307 |
| 15137065 | + | State of Maryland, Central Collection Unit, PO Box 17277, Baltimore, MD 21297-0386 |
| 16524606 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 15 2025 00:08:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | May 15 2025 00:07:00 | Bayview Loan Servicing, LLC, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:17:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 15 2025 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/Text: bncmail@w-legal.com | May 15 2025 00:08:00 | TD Bank USA, N.A., c/o Weinstein & Riley, 1415 Western Avenue, Suite 700, Seattle, WA 98101 |
| 15142297 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 15 2025 00:08:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15137045 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 15 2025 00:08:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15137046 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 15 2025 00:07:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Miami, FL 33146-1837 |
| 15172922 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 15 2025 00:07:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15155719 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recip ID | | Notice Method / Address | Time | Recipient |
|---|---|---|---|---|
| | | | May 15 2025 00:17:48 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15137047 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:17:42 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15160490 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 00:18:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15152553 | + | Email/Text: mediamanagers@clientservices.com | May 15 2025 00:07:00 | Client Services Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15301450 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 00:07:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15137068 | | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | May 15 2025 00:07:00 | U.S. Department of the Treasury, PO Box 830794, Birmingham, AL 35283 |
| 15137057 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 00:18:52 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15171423 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 00:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15170801 | + | Email/Text: kburkley@bernsteinlaw.com | May 15 2025 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15137052 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 15 2025 00:08:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 15163002 | + | Email/Text: Bankruptcy@keystonecollects.com | May 15 2025 00:08:00 | Gateway School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15137051 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:44:19 | Genpact Services LLC, PO Box 530914, Atlanta, GA 30353-0914 |
| 15168326 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2025 00:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15137053 | + | Email/Text: Bankruptcy@keystonecollects.com | May 15 2025 00:08:00 | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 15137054 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:46:12 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15137055 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:44:11 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15152555 | | Email/Text: MONTAX@MONROEVILLE.PA.US | May 15 2025 00:07:00 | Municipality of Monroeville, c/o Patrick J. Fulkerson, Tax Collector, 2700 Monroeville Blvd, Monroeville, PA 15146 |
| 15137058 | ^ | MEBN | May 15 2025 00:06:31 | Medicare Premium Collection Center, PO Box 790355, Saint Louis, MO 63179-0355 |
| 15163004 | + | Email/Text: Bankruptcy@keystonecollects.com | May 15 2025 00:08:00 | Municipality of Monroeville, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15152556 | + | Email/Text: litigation_team@navient.com | May 15 2025 00:08:00 | Pioneer Credit Recovery, 26 Edward Street, Arcade, NY 14009 |
| 15137062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:17:50 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15137061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:17:45 | Portfolio Recovery Associates, LLC, Attn: Robert N. Polas, Jr., Esq., 120 Corporate Blvd, Norfolk, VA 23502 |
| 15171936 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:45:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15137063 | + | Email/Text: courts@scott-pc.com | May 15 2025 00:09:00 | Scott & Associates PC, 1120 Metrocrest Drive, Ste |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 100, Carrollton, TX 75006-5862 |
| 15137066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:30:11 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15137613 | ^ | MEBN | May 15 2025 00:07:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15172913 | + | Email/Text: bncmail@w-legal.com | May 15 2025 00:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15137067 | + | Email/Text: bncmail@w-legal.com | May 15 2025 00:08:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15675040 | ^ | MEBN | May 15 2025 00:06:40 | U.S. Bank Trust Company, et al, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15166398 | | Email/PDF: ebn_ais@aisinfo.com | May 15 2025 00:44:51 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15137069 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 15 2025 00:07:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 15137070 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:18:08 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, et.al. |
| cr | | Community Loan Servicing, LLC |
| cr | | Gateway School District c/o Weiss Burkardt Kramer,, 445 Fort Pitt Blvd., Suite 503, Pittsburgh |
| cr | | Greenwich Revolving Trust |
| cr | | Greenwich Revolving Trust by Wilmington Savings Fu |
| cr | | U.S. Bank Trust Company, National Association, not |
| cr | | U.S. Bank Trust Company, National Association, not |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 7 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

**Name**     **Email Address**

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 55

Denise Carlon
    on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Bayview Loan Servicing  LLC, et.al. dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Bayview Loan Servicing  LLC, et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael C. Eisen
    on behalf of Debtor Rose A. Tyson attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing  LLC, et.al. pawb@fedphe.com

Victor Samuel Kustra
    on behalf of Creditor Gateway School District c/o Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com,
    jburkardt@wbklegal.com

TOTAL: 11